UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ANDREWS,<br><br>　　　　Defendant. | No. CR-07-135-EFS<br><br>ORDER DENYING MOTION<br>FOR RECONSIDERATION |

At the June 10, 2008, hearing on Defendant's Motion to Reconsider (continued from May 29, 2008), Defendant appeared with Assistant Federal Defender Robert Fischer; Assistant U.S. Attorney Jared Kimball represented the United States.

The Court, having considered the proffers of Defendant and Plaintiff, finds that Defendant's release may be appropriate following resolution of outstanding warrants. The United States does not oppose Defendant's release to treatment.

**IT IS ORDERED** Defendant's Motion to Reconsider **(Ct. Rec. 50)** is **DENIED** with leave to renew.

DATED June 10, 2008.

　　　　　　　　　　**s/ Justin L. Quackenbush**
　　　　　　　　　　JUSTIN L. QUACKENBUSH
　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER DENYING MOTION FOR RECONSIDERATION - 1