UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>MICHAEL J. ANDREWS,<br><br>               Defendant. | No. CR-07-135-EFS<br><br>ORDER GRANTING IN PART DEFENDANT'S MOTION TO RECONSIDER<br><br>**---- ACTION REQUIRED ----** |

At the August 11, 2008, hearing on Defendant's Motion to Reconsider Order of Detention, Defendant was present with Assistant Federal Defender Kailey Moran. Assistant U.S. Attorney Aine Ahmed represented the United States.

The court finds the Defendant has outstanding warrants. If he were released from federal custody, he would be taken into custody on the state warrants. Defendant's grandmother has been taken off life-support, and it appears death is imminent.

The U.S. Marshal is directed to transport Defendant for an end-of-life visit with his grandmother while Defendant remains in federal custody. The visit shall not exceed one hour, and Defendant shall remain in Spokane until this is accomplished.

DATED August 11, 2008.

                            S/ CYNTHIA IMBROGNO
                      UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING IN PART DEFENDANT'S MOTION TO RECONSIDER - 1