```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,      )
                               )   No. CR-07-135-EFS
               Plaintiff,      )
                               )   ORDER GRANTING DEFENDANT'S
   v.                          )   MOTION TO EXPEDITE AND
                               )   DENYING DEFENDANT'S MOTION
MICHAEL J. ANDREWS,            )   FUR FURLOUGH
                               )
               Defendant.      )
                               )
```

At the September 18, 2008, hearing on Defendant's Motion for a furlough, Defendant was present with Assistant Federal Defender Kailey Moran. Assistant U.S. Attorney Pamela J. Byerly represented the United States.

The court finds that Defendant's plan for furlough to Montana does not have sufficient structure to reasonably assure Defendant is not a risk to the community or a risk of non-appearance. Accordingly, the Defendant's Motion to Expedite **(Ct. Rec. 89)** is **GRANTED**. Defendant's Motion for furlough **(Ct. Rec. 88)** is **DENIED.**

**IT IS SO ORDERED.**

DATED September 18, 2008.

                    S/ CYNTHIA IMBROGNO
                 UNITED STATES MAGISTRATE JUDGE